## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I, Steven Strezsak, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Ardelyx Inc. ("Ardelyx" or the "Company") and authorize Scott+Scott Attorneys at Law LLP to file a comparable complaint on my behalf.

3. I did not purchase or acquire Ardelyx securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Ardelyx securities during the Class Period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet ("Schedule A") lists all of my transactions in Ardelyx securities during the Class Period, as specified in the Complaint

6. During the three-year period preceding the date of my signing this Certification, I have not sought to serve, or served, as a representative party or lead plaintiff on behalf of a class in any private action arising under the Securities Act or the Exchange Act.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day 7/30/2021_____.



**STEVEN STREZSAK**

# Schedule A

**ARDELYX INC**  Ticker: **ARDX**  Cusip: **039697107**

Class Period: 08/06/2020 to 07/19/2021

**Steven Strezsak**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 7/19/2021 | 2,290 | $7.40 |
|  | 7/19/2021 | 2,105 | $1.90 |