LATHAM & WATKINS LLP
Matthew Rawlinson (SBN 231890)
Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
matt.rawlinson@lw.com
daniel.gherardi@lw.com

Melanie Blunschi (SBN 234264)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095
melanie.blunschi@lw.com

Attorneys for Defendants

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEVEN STREZSAK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDELYX INC., MIKE RAAB, and JUSTIN RENZ,<br><br>Defendants. | CASE NO.  4:21-cv-05868-HSG<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE DEADLINES**<br><br>(Civil L.R. 6-1, 6-2, 7-12) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT & CONTINUE CMC
CASE NO. 4:21-cv-05868-HSG

Plaintiff Steven Strezsak ("Plaintiff") and Defendants Ardelyx, Inc. ("Ardelyx"), Mike Raab, and Justin Renz (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on July 30, 2021, Plaintiff filed the above-captioned securities fraud class action (the "Complaint," Dkt. No. 1) asserting claims under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 *et seq*;

**WHEREAS**, the PSLRA provides for consolidation of any related actions and the appointment of lead plaintiff and lead counsel, *see* 15 U.S.C. § 78u-4(a)(3), and further provides that the appointment of lead plaintiff shall not be made until after a decision on any motion to consolidate is rendered, 15 U.S.C. § 78u-4(a)(3)(B)(ii);

**WHEREAS**, the undersigned counsel for Defendants have waived service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service;

**WHEREAS**, the Parties expect a consolidated complaint will be filed after the determination of any lead plaintiff motion(s) in this action;

**WHEREAS**, Defendants anticipate filing a motion to dismiss the claims asserted against them in response to the consolidated complaint;

**WHEREAS**, because of the special procedures specified in the PSLRA and the Northern District of California's Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions contemplate (i) the consolidation of similar actions; (ii) appointment of lead plaintiff; (iii) the filing of a single consolidated complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the complaint prior to the filing of a consolidated complaint would result in the needless expenditure of private and judicial resources;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIP. AND ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT & CONTINUE CMC
CASE NO. 4:21-cv-05868-HSG

**WHEREAS**, on August 2, 2021, the Court issued an Initial Case Management and Scheduling Order with ADR Deadlines, setting the Initial Case Management Conference for this action for November 2, 2021 (Dkt. No. 5);

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to continue the existing November 2, 2021 Initial Case Management Conference and associated deadlines until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. Defendants have waived service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service.

2. Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

3. Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of a consolidated complaint, or designation of an operative complaint, and the response thereto.

4. The Initial Case Management Conference scheduled for November 2, 2021 shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR Multi-Option Program deadlines, until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT & CONTINUE CMC
CASE NO. 4:21-cv-05868-HSG

| | |
|---|---|
| Dated: August 20, 2021 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| | By */s/ Matthew Rawlinson* |
| | Matthew Rawlinson (SBN 231890) |
| | Daniel R. Gherardi (SBN 317771) |
| | 140 Scott Drive |
| | Menlo Park, California 94025 |
| | Telephone: (650) 328-4600 |
| | Facsimile: (650) 463-2600 |
| | matt.rawlinson@lw.com |
| | daniel.gherardi@lw.com |
| | |
| | Melanie Blunschi (SBN 234264) |
| | 505 Montgomery Street |
| | Suite 2000 |
| | San Francisco, California 94111 |
| | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| | melanie.blunschi@lw.com |
| | |
| | Attorneys for Defendants |
| | |
| | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| | By */s/ John T. Jasnoch* |
| | John T. Jasnoch (SBN 281605) |
| | 600 W. Broadway, Suite 3300 |
| | San Diego, California 92101 |
| | Telephone: (619) 233-4565 |
| | Facsimile: (619) 233-0508 |
| | jjasnoch@scott-scott.com |
| | |
| | Thomas L. Laughlin, IV |
| | (*pro hac vice* forthcoming) |
| | Jonathan M. Zimmerman |
| | (*pro hac vice* forthcoming) |
| | The Helmsley Building |
| | 230 Park Avenue, 17th Floor |
| | New York, New York 10169 |
| | Telephone: (212) 233-6444 |
| | Facsimile: (212) 233-6334 |
| | tlaughlin@scott-scott.com |
| | jzimmerman@scott-scott.com |
| | |
| | Attorneys for Plaintiff and the Proposed Class |

3

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT & CONTINUE CMC
CASE NO. 4:21-cv-05868-HSG

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8/23/2021
Date

*[signature]*
Hon. Haywood G. Gilliam, Jr.
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT & CONTINUE CMC
CASE NO. 4:21-cv-05868-HSG