UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALVIN GO,** | CASE NO. 4:21-cv-09455-YGR |
| Plaintiff, | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| vs. | |
| **MICHAEL RAAB, ET AL.,** | |
| Defendants. | |

On December 30, 2021, the parties filed a stipulation and proposed order requesting a stay until resolution of any motions to dismiss filed in *Strezsak v. Ardelyx, Inc., et al.*, No. 4:21-cv-5868-HSG.  (Dkt. No. 14.)  Pursuant to Civil Local Rule 3-12(c), this case is hereby referred *sua sponte* to the Honorable Haywood Gilliam to consider whether it is related to the *Strezsak* action.

**IT IS SO ORDERED.**

Dated: January 11, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**