UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN STREZSAK, <br>    Plaintiff, <br>  v. <br> ARDELYX INC., et al., <br>    Defendants. | Case No. 21-cv-05868-HSG <br><br> **ORDER RE HEARING DATES** <br><br> Re: Dkt. No. 32 |
| JEFFREY SIEGEL, <br>    Plaintiff, <br>  v. <br> ARDELYX INC., et al., <br>    Defendants. | Case No. 21-cv-06228-HSG <br><br> Re: Dkt. No. 20 |

  On December 17, 2021, the Court found that *Strezsak v. Ardelyx, Inc. et al.*, 21-cv-05868-HSG, is related to *Siegel v. Ardelyx, Inc. et al.*, now 21-cv-06228-HSG. Between the two cases, there are numerous pending motions for consolidation, motions to appoint lead plaintiff, and motions for approval of selection of lead counsel. In the interest of judicial efficiency, the Court consolidates the hearings on the motions on a single date, February 3, 2022 at 2:00pm.

  In *Strezsak v. Ardelyx, Inc. et al.*, the Court **CONTINUES** the hearing on Dkt. No. 32 Motion of Miami Firefighters' Relief and Pension Fund for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of its Selection of Lead Counsel from January 27, 2022 to February 3, 2022 at 2:00 p.m, to be heard along with the other motions in the case already set on that date, *see* Dkt. Nos. 16, 40, and 43.

  In *Siegel v. Ardelyx, Inc. et al.*, the Court **SETS** a hearing on Dkt. No. 20 Motion of the

Bryant Brothers for Consolidation, Appointment as Lead Plaintiffs, and Approval of Selection of Lead Counsel for February 3, 2022 at 2:00 p.m.

These hearings will be held telephonically. All counsel shall use the following dial-in information to access the call:

> Dial-In:  888-808-6929;
> Passcode:  6064255

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

**IT IS SO ORDERED.**

Dated:   1/13/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge