UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN STREZSAK , <br><br> Plaintiff(s), <br><br> v. <br><br> ARDELYX INC., et al. , <br><br> Defendant(s). | Case No. 21-cv-05868-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Jacob Bailey Lieberman, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Movant, Jatin Malhotra in the above-entitled action. My local co-counsel in this case is John T. Jasnoch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 281605.

Scott+Scott Attorneys at Law LLP, 156 South Main Street
PO Box 192, Colchester, CT 06415
MY ADDRESS OF RECORD

Scott+Scott Attorneys at Law LLP
600 West Broadway, Suite 3300, San Diego, CA 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(860) 537-5537
MY TELEPHONE # OF RECORD

(619) 233-4565
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jlieberman@scott-scott.com
MY EMAIL ADDRESS OF RECORD

jjasnoch@scott-scott.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 537472.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/23/2022                                         Jacob Bailey Lieberman
                                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob Bailey Lieberman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/25/2022

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jacob Bailey Lieberman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 21, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on February 3, 2022.



Clerk of the Court

CertID-00052036