**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
Brett M. Middleton (SBN 199427)
BrettM@johnsonfistel.com
Kristen O'Connor (SBN 305113)
KristenO@johnsonfistel.com
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Counsel for Movants Chad Bryant and Richard Bryant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN STREZSAK, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDELYX, INC., MIKE RAAB, and JUSTIN RENZ,<br><br>Defendants. | Case No.: 4:21-cv-05868-HSG<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL**<br><br>CTRM: 2, 4th Floor<br>JUDGE: Hon. Haywood S. Gilliam, Jr. |
| JEFFREY SIEGEL, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDELYX, INC., MIKE RAAB, and JUSTIN RENZ,<br><br>Defendants. | Case No.: 4:21-cv-06228-HSG<br><br><u>CLASS ACTION</u><br><br>CTRM: 2, 4th Floor<br>JUDGE: Hon. Haywood S. Gilliam, Jr. |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 11-5, movants Chad Bryant's and Richard Bryant's counsel (Frank J. Johnson, Brett M. Middleton and Kristen O'Connor of Johnson Fistel, LLP) hereby request to withdraw as counsel in this action. Please remove Johnson Fistel, LLP from the docket as counsel of record, along with the above-named attorneys. A [Proposed] Order granting the withdrawal is submitted herewith as **Exhibit A**.

Respectfully Submitted,

Dated: January 14, 2022   **JOHNSON FISTEL, LLP**

By: */s/ Brett M. Middleton*
BRETT M. MIDDLETON

FRANK J. JOHNSON
KRISTEN O'CONNOR
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
FrankJ@johnsonfistel.com
BrettM@johnsonfistel.com
KristenO@johnsonfistel.com

1

NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL

# EXHIBIT A

1  **JOHNSON FISTEL, LLP**
   Frank J. Johnson (SBN 174882)
2  FrankJ@johnsonfistel.com
   Brett M. Middleton (SBN 199427)
3  BrettM@johnsonfistel.com
   Kristen O'Connor (SBN 305113)
4  KristenO@johnsonfistel.com
   501 West Broadway, Suite 800
5  San Diego, CA 92101
   Telephone: (619) 230-0063
6  Facsimile: (619) 255-1856

7  *Counsel for Movants Chad Bryant and Richard Bryant*

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN STREZSAK, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDELYX, INC., MIKE RAAB, and JUSTIN RENZ,<br><br>Defendants. | Case No.: 4:21-cv-05868-HSG<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL**<br><br>CTRM: 2, 4th Floor<br>JUDGE: Hon. Haywood S. Gilliam, Jr. |
| JEFFREY SIEGEL, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDELYX, INC., MIKE RAAB, and JUSTIN RENZ,<br><br>Defendants. | Case No.: 4:21-cv-06228-HSG<br><br><u>CLASS ACTION</u><br><br>CTRM: 2, 4th Floor<br>JUDGE: Hon. Haywood S. Gilliam, Jr. |

1  Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good
2  cause shown, it is HEREBY ORDERED that Frank J. Johnson, Brett M. Middleton and
3  Kristen O'Connor of Johnson Fistel, LLP are hereby withdrawn as counsel of record.  The clerk
4  is directed to remove the above-named attorneys and law firm from the docket as well as the
5  ECF Service List.

**IT IS SO ORDERED**

DATED:     3/11/2022

By: /s/ Haywood S. Gilliam, Jr.
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE