ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
         – and –
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

Counsel for Lead Plaintiff Movant
City of Pontiac General Employees' Retirement System

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN STREZSAK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>ARDELYX INC., et al.,<br><br>      Defendants. | Case No. 4:21-cv-05868-HSG<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL |

1  Upon consideration of Notice of Request for Withdrawal of Counsel, and for good cause
2  shown, it is HEREBY ORDERED that Shawn A. Williams, Danielle S. Myers, Jennifer N. Caringal,
3  Michael Albert, and Juan Carlos Sanchez of Robbins Geller Rudman & Dowd LLP are hereby
4  withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys and law
5  firm from the docket as well as the ECF Service List.
6      IT IS SO ORDERED.
7  DATED:  7/28/2022

*Haywood S. Gilliam Jr.*
THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT COURT JUDGE