LATHAM & WATKINS LLP
Matthew Rawlinson (SBN 231890)
Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
matt.rawlinson@lw.com
daniel.gherardi@lw.com

Melanie Blunschi (SBN 234264)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
melanie.blunschi@lw.com

Attorneys for Defendants

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re Ardelyx, Inc. | CASE NO. 4:21-cv-05868-HSG |
| | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |
| | (Civil L.R. 6-1, 6-2, 7-12) |
| | Hon. Haywood S. Gilliam, Jr. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND ORDER REGARDING BRIEFING
SCHEDULE
CASE NO. 4:21-cv-05868-HSG

1  Lead Plaintiff Jatin Malhotra ("Plaintiff") and Defendants Ardelyx, Inc. ("Ardelyx"), Mike
2  Raab, and Justin Renz (collectively, "Defendants," and together with Plaintiff, the "Parties"), by
3  and through their undersigned counsel, hereby stipulate and agree as follows and jointly request
4  that the Court enter the below Order approving this stipulation.

**WHEREAS**, on July 19, 2022, the Court appointed Jatin Malhotra as lead plaintiff and Scott+Scott Attorneys at Law LLP as lead counsel in the above-captioned action and requested that the Parties submit a stipulation and proposed order setting a schedule for the filing of a consolidated amended complaint and Defendants' responses (Dkt. No. 73);

**NOW THEREFORE**, having met and conferred, counsel for the Parties respectfully submit that, subject to the Court's approval, the following schedule should be entered:

1. Plaintiff shall file a consolidated amended complaint by September 29, 2022;
2. Defendants shall file a motion to dismiss, answer, or otherwise respond to the consolidated amended complaint by December 2, 2022;
3. Plaintiff shall file an opposition to any such motion to dismiss by January 31, 2023;
4. Defendants shall file a reply brief in support of their motion to dismiss by March 17, 2023.

IT IS SO STIPULATED.

Dated: July 28, 2022                    Respectfully submitted,

                                         LATHAM & WATKINS LLP

                                         By /s/ *Matthew Rawlinson*
                                             Matthew Rawlinson (SBN 231890)
                                             Daniel R. Gherardi (SBN 317771)
                                             140 Scott Drive
                                             Menlo Park, California 94025
                                             Telephone: (650) 328-4600
                                             matt.rawlinson@lw.com
                                             daniel.gherardi@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIP. AND ORDER REGARDING BRIEFING
SCHEDULE
CASE NO. 4:21-cv-05868-HSG

Melanie Blunschi (SBN 234264)
505 Montgomery Street
Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600
*melanie.blunschi@lw.com*

Attorneys for Defendants

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By /s/ *Thomas L. Laughlin, IV*
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, California 92101
Telephone:  (619) 233-4565
jjasnoch@scott-scott.com

Thomas L. Laughlin, IV
(*pro hac vice*)
Jonathan M. Zimmerman
(*pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, New York 10169
Telephone:  (212) 233-6444
tlaughlin@scott-scott.com
jzimmerman@scott-scott.com

Attorneys for Plaintiff

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7/28/2022
Date

*Haywood S. Gilliam Jr.* (signature)
Hon. Haywood S. Gilliam, Jr.
United States District Judge

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND ORDER REGARDING BRIEFING
SCHEDULE
CASE NO. 4:21-cv-05868-HSG