| | |
|---|---|
| 1 | **JOHNSON FISTEL, LLP** |
| | Frank J. Johnson (SBN 174882) |
| 2 | FrankJ@johnsonfistel.com |
| | Brett M. Middleton (SBN 199427) |
| 3 | BrettM@johnsonfistel.com |
| | Kristen O'Connor (SBN 305113) |
| 4 | KristenO@johnsonfistel.com |
| | 501 West Broadway, Suite 800 |
| 5 | San Diego, CA 92101 |
| | Telephone: (619) 230-0063 |
| 6 | Facsimile: (619) 255-1856 |

*Counsel for Movants Chad Bryant and Richard Bryant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Ardelyx, Inc. | Case No.: 4:21-cv-05868-HSG |
| | <u>CLASS ACTION</u> |
| | **ORDER (as modified) GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL** |
| | CTRM: 2, 4th Floor |
| | JUDGE: Hon. Haywood S. Gilliam, Jr. |
| | |
| | <u>CLASS ACTION</u> |
| | |
| | CTRM: 2, 4th Floor |
| | JUDGE: Hon. Haywood S. Gilliam, Jr. |

NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL

Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that Frank J. Johnson, Brett M. Middleton and Kristen O'Connor of Johnson Fistel, LLP are hereby withdrawn as counsel of record. The clerk is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED**

DATED:  9/19/2022

By: _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE