1  **SCOTT+SCOTT**
   **ATTORNEYS AT LAW LLP**
2  Thomas L. Laughlin, IV (*pro hac vice*)
   Marc J. Greco (*pro hac vice*)
3  The Helmsley Building
   230 Park Avenue, 17th Floor
4  New York, NY 10169
   Telephone: (212) 223-6444
5  Facsimile:  (212) 223-6334
   tlaughlin@scott-scott.com
6  mgreco@scott-scott.com

7  *Counsel for Lead Plaintiff*
   *Jatin Malhotra and the Proposed Class*
8
   [Additional Counsel on Signature Page]
9

10                 **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                        **OAKLAND DIVISION**

| | |
|---|---|
| In re ARDELYX, INC. | Case No. 4:21-cv-05868-HSG |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT** |
| | (Civil L.R. 6-1, 6-2, 7-12) |
| | Hon. Haywood S. Gilliam, Jr. |

1    Lead Plaintiff Jatin Malhotra ("Plaintiff") and Defendants Ardelyx, Inc., Mike Raab, and Justin Renz ("Defendants," and, together with Plaintiff, "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the Proposed Order below approving this stipulation in the above-captioned case.

WHEREAS, on July 28, 2022, the Court so-ordered the Parties' proposed schedule for the filing of an amended complaint, and responses thereto, under which Plaintiff's amended complaint was due September 29, 2022; Defendants' motion to dismiss or other response thereto was due December 2, 2022; Plaintiff's opposition to Defendants' motion to dismiss was due January 31, 2023; and Defendants' reply in support of their motion to dismiss was due March 17, 2023 (ECF No. 78);

WHEREAS, on September 29, 2022, Plaintiff filed an Amended Class Action Complaint ("FAC") alleging violations of the federal securities laws (ECF No. 82);

WHEREAS, on December 2, 2022, Defendants filed a motion to dismiss the FAC under Fed. R. Civ. P. 12(b)(6) (ECF No. 83);

WHEREAS, on January 31, 2023, Plaintiff filed a motion for leave to file a second amended class action complaint ("Motion to Amend"), submitting therewith the Proposed Second Amended Class Action Complaint (ECF Nos. 85 & 86);

WHEREAS, also on January 31, 2023, Plaintiff filed his opposition to Defendants' motion to dismiss the FAC (ECF No. 87);

WHEREAS, on February 1, 2023, the Court set a briefing schedule pursuant to the Local Rules of the United States District Court for the Northern District of California relating to Plaintiff's Motion to Amend under which Responses were due by February 14, 2023, and Replies were due by February 21, 2023 (ECF No. 88);

WHEREAS, on February 14, 2023, Defendants filed their opposition to Plaintiff's Motion to Amend (ECF No. 89);

WHEREAS, on February 15 and 16, 2023, the undersigned counsel for the Parties met and conferred regarding an extension to the deadline by which Plaintiff must file his Reply in support

1  of his Motion to Amend, for the reasons set forth in the Declaration of Marc J. Greco filed

2  concurrently herewith in accordance with Civil L.R. 6-2(a)(1)–(3);

3      WHEREAS, there have been no prior extensions of the deadline by which Plaintiff must

4  file his Reply in support of his Motion to Amend;

5      WHEREAS, the Parties agree that they do not intend this Stipulation to waive any

6  substantive or procedural rights of the Parties, including their ability to seek any other relief from

7  the Court;

8      NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby

9  stipulate, subject to the Court's approval, that Plaintiff's deadline to file his Reply in Support of

10  His Motion for Leave is extended to February 28, 2023, from February 21, 2023.

11      IT IS SO STIPULATED.

12  DATED: February 17, 2023        Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ *Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
mgreco@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff Jatin Malhotra and the Proposed Class*

**LATHAM & WATKINS LLP**

s/ *Melanie Blunschi*
Melanie Blunschi (SBN 234264)
505 Montgomery Street
Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
melanie.blunschi@lw.com

**LATHAM & WATKINS LLP**
Matthew Rawlinson (SBN 231890)
Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
matt.rawlinson@lw.com
daniel.gherardi@lw.com

*Counsel for Defendants Ardelyx, Inc., Mike Raab, and Justin Renz*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| 2/17/2023 | *Haywood S. Gilliam Jr.* |
| Date | Hon. Haywood S. Gilliam, Jr. |
| | United States District Judge |