1  John T. Jasnoch (SBN 281605)
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
2  600 W. Broadway, Suite 3300
3  San Diego, CA 92101
   Telephone: 619-233-4565
4  Facsimile:  619-233-0508
   jjasnoch@scott-scott.com
5
   *Counsel for Lead Plaintiff*
6  *Jatin Malhotra and the Proposed Class*
7
   [Additional Counsel on Signature Page]
8

9                       **UNITED STATES DISTRICT COURT**

10                      **NORTHERN DISTRICT OF CALIFORNIA**

11                              **OAKLAND DIVISION**

12 | In re ARDELYX, INC. | Case No. 4:21-cv-05868-HSG |
   |---|---|
   |  | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |
   |  | (Civil L.R. 6-1, 6-2, 7-12) |
   |  | Hon. Haywood S. Gilliam, Jr. |

1   Lead Plaintiff Jatin Malhotra ("Plaintiff") and Defendants Ardelyx, Inc., Mike Raab, and
2   Justin Renz ("Defendants" and, together with Plaintiff, "Parties"), by and through their
3   undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter
4   the Proposed Order below approving this stipulation in the above-captioned case.
5   WHEREAS, on September 29, 2022, Plaintiff filed an Amended Class Action Complaint
6   alleging violations of the federal securities laws (Dkt. No. 82);
7   WHEREAS, on December 2, 2022, Defendants filed a motion to dismiss the Amended
8   Class Action Complaint under Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss") (Dkt. No. 83);
9   WHEREAS, on January 31, 2023, Plaintiff filed a motion for leave to file a second
10  amended class action complaint ("Motion to Amend"), submitting therewith his Proposed Second
11  Amended Class Action Complaint (Dkt. Nos. 85 & 86);
12  WHEREAS, also on January 31, 2023, Plaintiff filed his opposition to Defendants' Motion
13  to Dismiss (Dkt. No. 87);
14  WHEREAS, on February 14, 2023, Defendants filed their opposition to Plaintiff's Motion
15  to Amend (Dkt. No. 89);
16  WHEREAS, on February 28, 2023, Plaintiff filed his Reply in support of his Motion to
17  Amend (Dkt. No. 94);
18  WHEREAS, on March 17, 2023, Defendants filed their Reply in support of their Motion
19  to Dismiss (Dkt. No. 95);
20  WHEREAS, on April 6, 2023, the Court issued an Order (i) granting Plaintiff's Motion to
21  Amend and ordering the Second Amended Class Action Complaint to be filed by April 14, 2023;
22  (ii) terminating as moot Defendants' Motion to Dismiss; (iii) denying Defendants' Request for
23  Judicial Notice of certain documents relating to their Motion to Dismiss; and (iv) directing the
24  Parties "to meet and confer and submit by April 14 a stipulation and proposed order setting a
25  briefing schedule and proposed hearing date for any renewed motion to dismiss" (Dkt. No. 96);
26  WHEREAS, on April 11, 2023, counsel for the Parties met and conferred in accordance
27  with the Court's directives in the April 6, 2023 Order;
28

1    NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate, subject to the Court's approval, to the following briefing schedule and hearing date:

    1.    Defendants shall file any motion to dismiss the second amended class action complaint by June 2, 2023;

    2.    Plaintiff shall file any opposition to Defendants' motion to dismiss by July 21, 2023;

    3.    Defendants shall file any reply brief in support of their motion to dismiss by August 21, 2023; and

    4.    The Parties propose September 14, 2023, at 2:00 PM for a hearing on any motion to dismiss the second amended class action complaint, subject to the Court's availability.

**IT IS SO STIPULATED.**

| DATED: April 14, 2023 | DATED: April 14, 2023 |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **LATHAM & WATKINS LLP** |
| /s/ *Thomas L. Laughlin, IV* | /s/ *Melanie Blunschi* |
| Thomas L. Laughlin, IV (*pro hac vice*) | Melanie Blunschi (SBN 234264) |
| Marc J. Greco (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| The Helmsley Building | San Francisco, California 94111 |
| 230 Park Avenue, 17th Floor | Telephone: (415) 391-0600 |
| New York, NY 10169 | melanie.blunschi@lw.com |
| Telephone: (212) 223-6444 | |
| Facsimile: (212) 223-6334 | **LATHAM & WATKINS LLP** |
| tlaughlin@scott-scott.com | Matthew Rawlinson (SBN 231890) |
| mgreco@scott-scott.com | Daniel R. Gherardi (SBN 317771) |
| | 140 Scott Drive |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | Menlo Park, California 94025 |
| John T. Jasnoch (SBN 281605) | Telephone: (650) 328-4600 |
| 600 W. Broadway, Suite 3300 | matt.rawlinson@lw.com |
| San Diego, CA 92101 | daniel.gherardi@lw.com |
| Telephone: (619) 233-4565 | |
| Facsimile: (619) 233-0508 | *Counsel for Defendants Ardelyx, Inc.,* |
| jjasnoch@scott-scott.com | *Mike Raab, and Justin Renz* |
| | |
| *Counsel for Lead Plaintiff Jatin Malhotra and the Proposed Class* | |

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

___4/17/2023___  
Date

___[signed] Haywood S. Gilliam Jr.___  
Hon. Haywood S. Gilliam, Jr.  
United States District Judge