**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
John T. Jasnoch (281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff*
*Jatin Malhotra and the Proposed Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re ARDELYX, INC. | Case No. 4:21-cv-05868-HSG <br><br> **STIPULATION AND ORDER REGARDING SCHEDULE FOR THIRD AMENDED COMPLAINT AND MOTION TO DISMISS** <br><br> (Civil L.R. 6-1, 6-2, 7-12) <br><br> Hon. Haywood S. Gilliam, Jr. |

Lead Plaintiff Jatin Malhotra ("Plaintiff") and Defendants Ardelyx, Inc., Mike Raab, Justin Renz, and David Rosenbaum ("Defendants," and, together with Plaintiff, "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter the Proposed Order below approving this stipulation in the above-captioned case.

WHEREAS, on April 14, 2023, Plaintiff filed a Second Amended Class Action Complaint alleging violations of the federal securities laws ("SAC") (ECF No. 97);

WHEREAS, on June 2, 2023, Defendants filed a motion to dismiss the SAC under Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss") (ECF No. 101);

WHEREAS, on July 21, 2023, Plaintiff filed his opposition to Defendants' Motion to Dismiss (ECF No. 105);

WHEREAS, on August 21, 2023, Defendants filed their reply in support of their Motion to Dismiss (ECF No. 107);

WHEREAS, on March 18, 2024, the Court granted Defendants' Motion to Dismiss with leave to amend, in which the Court provided that "Plaintiff may file an amended complaint within 21 days of the date of this order," directed the Parties "to submit a joint case management statement by April 16, 2024," and set "a telephonic case management conference for April 23, 2024 at 2:00 p.m." (ECF No. 110);

WHEREAS, on March 29 and April 1, 2024, counsel for the undersigned Parties conferred to determine mutually agreeable dates by which Plaintiff may file a third amended complaint, Defendants may file a motion to dismiss any such complaint, and the Parties may file briefing in relation to any such motion to dismiss;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate, subject to the Court's approval, to the following schedule for the filing of Plaintiff's third amended complaint, and the filing of any motion to dismiss the third amended complaint and any related briefing:

1.    Plaintiff shall file a third amended complaint by April 19, 2024;

2.    Defendants shall file any motion to dismiss the third amended complaint by June 3, 2024;

3. Plaintiff shall file any opposition to Defendants' motion to dismiss by July 18, 2024;

4. Defendants shall file any reply brief in support of their motion to dismiss by August 19, 2024; and

5. In light of the foregoing, counsel for the undersigned Parties respectfully submit that the joint case management statement and case management conference currently scheduled for April 16 and April 23, 2024, respectively, should be postponed until a time convenient for the Court after it rules on Defendants' anticipated motion to dismiss Plaintiff's third amended complaint.

IT IS SO STIPULATED.

DATED: April 2, 2024

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Thomas L. Laughlin, IV

Deborah Clark-Weintraub (*pro hac vice*)
Thomas L. Laughlin, IV (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
dweintraub@scott-scott.com
tlaughlin@scott-scott.com
mgreco@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Lead Plaintiff Jatin Malhotra and the Proposed Class*

DATED: April 2, 2024

**LATHAM & WATKINS LLP**

/s/ Melanie Blunschi

Melanie Blunschi (234264)
505 Montgomery Street
Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
melanie.blunschi@lw.com

**LATHAM & WATKINS LLP**
Matthew Rawlinson (231890)
Daniel R. Gherardi (317771)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
matt.rawlinson@lw.com
daniel.gherardi@lw.com

*Counsel for Defendants Ardelyx, Inc., Mike Raab, Justin Renz, and David Rosenbaum*

1
2
3
4
5
...
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4/8/2024
Date

Hon. Haywood S. Gilliam, Jr.
United States District Judge