UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN STREZSAK, et al., | Case No. 21-cv-05868-HSG |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ARDELYX INC., et al., | |
| Defendants. | |

Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 12th day of September, 2024.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.